

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **2:13-CR-00537 BRO-18** |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| **ELIAZAR ACOSTA,** | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _defendant submitted to detention_

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | and/or |
| 5 | B. ☒ The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on: _defendant submitted to detention_ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/30/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE